**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: LOPEZ, BONNIE J           § Case No. 09-72973
       LOPEZ, FRANCISCO M        §
                                 §
Debtor(s)                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $79,444.00 | Assets Exempt: $59,012.00 |
| Total Distribution to Claimants: $4,351.72 | Claims Discharged Without Payment: $17,044.00 |
| Total Expenses of Administration: $2,126.02 | |

    3)  Total gross receipts of $   13,218.25   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   6,740.51   (see **Exhibit 2**), yielded net receipts of $6,477.74 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $20,432.00 | $14,252.32 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,126.02 | 2,126.02 | 2,126.02 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 19,680.00 | 4,351.72 | 4,351.72 | 4,351.72 |
| **TOTAL DISBURSEMENTS** | $40,112.00 | $20,730.06 | $6,477.74 | $6,477.74 |

    4) This case was originally filed under Chapter 7 on July 17, 2009.
. The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/19/2010          By: /s/MEGAN G. HEEG
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| INTERESTS IN INSURANCE POLICIES | 1229-000 | 13,213.82 |
| Interest Income | 1270-000 | 4.43 |
| **TOTAL GROSS RECEIPTS** | | **$13,218.25** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LOPEZ, BONNIE J | Dividend paid 100.00% on $6,740.51; Claim# SURPLUS; Filed: $6,740.51; Reference: 8200-000 | | 6,740.51 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$6,740.51** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Sterling Federal Bank, F.S.B. | 4110-000 | 15,010.00 | 14,252.32 | 0.00 | 0.00 |
| Citi Financial | 4110-000 | 500.00 | N/A | N/A | 0.00 |
| U. S. Bank | 4110-000 | 4,922.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $20,432.00 | $14,252.32 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,397.77 | 1,397.77 | 1,397.77 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 720.00 | 720.00 | 720.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 8.25 | 8.25 | 8.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,126.02 | 2,126.02 | 2,126.02 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Roundup Funding, LLC | 7100-000 | N/A | 350.97 | 350.97 | 350.97 |
| Roundup Funding, LLC | 7990-000 | N/A | 1.32 | 1.32 | 1.32 |
| Chase Bank USA, N.A. | 7100-000 | 1,370.00 | 1,370.17 | 1,370.17 | 1,370.17 |
| Chase Bank USA, N.A. | 7990-000 | 0.00 | 5.14 | 5.14 | 5.14 |
| Roundup Funding, LLC | 7100-000 | N/A | 488.29 | 488.29 | 488.29 |
| Roundup Funding, LLC | 7990-000 | N/A | 1.83 | 1.83 | 1.83 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 1,031.73 | 1,031.73 | 1,031.73 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7990-000 | N/A | 3.87 | 3.87 | 3.87 |
| GE Money Bank dba JCPENNEY CREDIT SERVICES | 7100-000 | 717.00 | 490.00 | 490.00 | 490.00 |
| GE Money Bank dba JCPENNEY CREDIT SERVICES | 7990-000 | 0.00 | 1.84 | 1.84 | 1.84 |
| GE Money Bank dba PAYPAL | 7100-000 | 88.00 | 61.39 | 61.39 | 61.39 |
| GE Money Bank dba PAYPAL | 7990-000 | 0.00 | 0.23 | 0.23 | 0.23 |
| GE Money Bank dba JCPENNEY CREDIT SERVICES | 7100-000 | N/A | 82.05 | 82.05 | 82.05 |
| GE Money Bank dba JCPENNEY CREDIT SERVICES | 7990-000 | N/A | 0.31 | 0.31 | 0.31 |
| Capital Recovery III LLC As Assignee of HSBC CARD | 7100-000 | 461.00 | 460.85 | 460.85 | 460.85 |
| Capital Recovery III LLC As Assignee of HSBC CARD | 7990-000 | 0.00 | 1.73 | 1.73 | 1.73 |
| In Charge Debt Solutions | 7100-000 | unknown | N/A | N/A | 0.00 |
| HSBC | 7100-000 | 1,683.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---:|---|---|---:|
| GEMB/JCP | 7100-000 | 158.00 | N/A | N/A | 0.00 |
| Gordon's | 7100-000 | 117.00 | N/A | N/A | 0.00 |
| HSBC Bergner's | 7100-000 | 52.00 | N/A | N/A | 0.00 |
| WFNNB Shop At Home Network | 7100-000 | 240.00 | N/A | N/A | 0.00 |
| Worldwide Assets | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| West Assets Management | 7100-000 | 271.00 | N/A | N/A | 0.00 |
| Nicor Gas | 7100-000 | 394.00 | N/A | N/A | 0.00 |
| NCB Management Services Inc. | 7100-000 | 1,725.00 | N/A | N/A | 0.00 |
| NCO Financial Systems, Inc. | 7100-000 | 412.00 | N/A | N/A | 0.00 |
| Zales | 7100-000 | 307.00 | N/A | N/A | 0.00 |
| Eagle Recovery | 7100-000 | 3,266.00 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 1,833.00 | N/A | N/A | 0.00 |
| Blitt & Gaines, P.C. Attorneys At Law | 7100-000 | 1,254.00 | N/A | N/A | 0.00 |
| Bank Of America | 7100-000 | 742.00 | N/A | N/A | 0.00 |
| Bank Of America | 7100-000 | 751.00 | N/A | N/A | 0.00 |
| Asset Management | 7100-000 | 1,648.00 | N/A | N/A | 0.00 |
| Citi Financial | 7100-000 | 391.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 19,680.00 | 4,351.72 | 4,351.72 | 4,351.72 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-72973  
**Case Name:** LOPEZ, BONNIE J  
            LOPEZ, FRANCISCO M  
**Period Ending:** 07/19/10

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/17/09 (f)  
**§341(a) Meeting Date:** 08/14/09  
**Claims Bar Date:** 11/18/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Primary residence located at 609 11th Avenue, Ro | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Financial accounts, financial institution shares | 150.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods and furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 6 | Furs and jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | IRA, ERISA, Keogh, pension, profit sharing plan | 32,394.00 | 0.00 | DA | 0.00 | FA |
| 8 | Autos, trucks, trailers, other vehicles, access. | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | Autos, trucks, trailers, other vehicles, access. | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | INTERESTS IN INSURANCE POLICIES (u)<br>(F. Lopez, as beneficiary of deceased borther's insurance policy) | Unknown | 13,213.82 | | 13,213.82 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.43 | FA |
| 11 | Assets    Totals (Excluding unknown values) | **$79,444.00** | **$13,213.82** | | **$13,218.25** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    March 30, 2010          **Current Projected Date Of Final Report (TFR):**    February 5, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-72973  
**Case Name:** LOPEZ, BONNIE J  
LOPEZ, FRANCISCO M  
**Taxpayer ID #:** **-***5961  
**Period Ending:** 07/19/10  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****13-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/27/09 | {10} | Francisco Lopez | proceeds from brother's insurance policy | 1229-000 | 13,213.82 | | 13,213.82 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 13,213.83 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.53 | | 13,214.36 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.53 | | 13,214.89 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 13,215.44 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 13,215.99 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 13,216.51 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 13,217.01 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 13,217.60 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.08 | | 13,217.68 |
| 04/06/10 | | Wire out to BNYM account 9200******1365 | Wire out to BNYM account 9200******1365 | 9999-000 | -13,217.68 | | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -13,217.68 | 0.00 | |
| **Subtotal** | 13,217.68 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$13,217.68** | **$0.00** | |

{} Asset reference(s)

Printed: 07/19/2010 03:36 PM   V.12.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-72973 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | LOPEZ, BONNIE J | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | LOPEZ, FRANCISCO M | | **Account:** | ***-*****13-66 - Checking Account |
| **Taxpayer ID #:** | **-***5961 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 07/19/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                                                                 Printed: 07/19/2010 03:36 PM    V.12.50

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-72973  
**Case Name:** LOPEZ, BONNIE J  
LOPEZ, FRANCISCO M  
**Taxpayer ID #:** **-***5961  
**Period Ending:** 07/19/10

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******13-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1365 | Wire in from JPMorgan Chase Bank, N.A. account ********1365 | 9999-000 | 13,217.68 | | 13,217.68 |
| 04/27/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 0.57 | | 13,218.25 |
| 04/27/10 | | To Account #9200******1366 | final distribution | 9999-000 | | 13,218.25 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **13,218.25** | **13,218.25** | **$0.00** |
| | | | Less: Bank Transfers | | 13,217.68 | 13,218.25 | |
| | | | **Subtotal** | | **0.57** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.57** | **$0.00** | |

{} Asset reference(s)

Printed: 07/19/2010 03:36 PM   V.12.50

# FORM 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-72973  
**Case Name:** LOPEZ, BONNIE J  
LOPEZ, FRANCISCO M  
**Taxpayer ID #:** **-***5961  
**Period Ending:** 07/19/10

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******13-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/10 | | From Account #9200******1365 | final distribution | 9999-000 | 13,218.25 | | 13,218.25 |
| 04/30/10 | 10101 | MEGAN G. HEEG | Dividend paid 100.00% on $1,397.77, Trustee Compensation;  Reference: | 2100-000 | | 1,397.77 | 11,820.48 |
| 04/30/10 | 10102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $720.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 720.00 | 11,100.48 |
| 04/30/10 | 10103 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $8.25, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 8.25 | 11,092.23 |
| 04/30/10 | 10104 | Roundup Funding, LLC | Dividend paid 100.00% on $350.97; Claim# 1; Filed: $350.97; Reference: | 7100-000 | | 350.97 | 10,741.26 |
| 04/30/10 | 10105 | Chase Bank USA, N.A. | Dividend paid 100.00% on $1,370.17; Claim# 2; Filed: $1,370.17; Reference: 4266-8410-5346-1644 | 7100-000 | | 1,370.17 | 9,371.09 |
| 04/30/10 | 10106 | Roundup Funding, LLC | Dividend paid 100.00% on $488.29; Claim# 3; Filed: $488.29; Reference: | 7100-000 | | 488.29 | 8,882.80 |
| 04/30/10 | 10107 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 100.00% on $1,031.73; Claim# 4; Filed: $1,031.73; Reference: | 7100-000 | | 1,031.73 | 7,851.07 |
| 04/30/10 | 10108 | GE Money Bank dba JCPENNEY CREDIT SERVICES | Dividend paid 100.00% on $490.00; Claim# 6; Filed: $490.00; Reference: 2482119936 | 7100-000 | | 490.00 | 7,361.07 |
| 04/30/10 | 10109 | GE Money Bank dba PAYPAL | Dividend paid 100.00% on $61.39; Claim# 7; Filed: $61.39; Reference: 6044071008934446 | 7100-000 | | 61.39 | 7,299.68 |
| 04/30/10 | 10110 | GE Money Bank dba JCPENNEY CREDIT SERVICES | Dividend paid 100.00% on $82.05; Claim# 8; Filed: $82.05; Reference: | 7100-000 | | 82.05 | 7,217.63 |
| 04/30/10 | 10111 | Capital Recovery III LLC As Assignee of HSBC CARD | Dividend paid 100.00% on $460.85; Claim# 9; Filed: $460.85; Reference: 5408-0100-3183-7434 | 7100-000 | | 460.85 | 6,756.78 |
| 04/30/10 | 10112 | Roundup Funding, LLC | Dividend paid 100.00% on $1.32; Claim# 1I; Filed: $1.32; Reference: | 7990-000 | | 1.32 | 6,755.46 |
| 04/30/10 | 10113 | Chase Bank USA, N.A. | Dividend paid 100.00% on $5.14; Claim# 2I; Filed: $5.14; Reference: 4266-8410-5346-1644 | 7990-000 | | 5.14 | 6,750.32 |
| 04/30/10 | 10114 | Roundup Funding, LLC | Dividend paid 100.00% on $1.83; Claim# 3I; Filed: $1.83; Reference: | 7990-000 | | 1.83 | 6,748.49 |
| 04/30/10 | 10115 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 100.00% on $3.87; Claim# 4I; Filed: $3.87; Reference: | 7990-000 | | 3.87 | 6,744.62 |
| 04/30/10 | 10116 | GE Money Bank dba JCPENNEY CREDIT SERVICES | Dividend paid 100.00% on $1.84; Claim# 6I; Filed: $1.84; Reference: 2482119936 | 7990-000 | | 1.84 | 6,742.78 |
| 04/30/10 | 10117 | GE Money Bank dba PAYPAL | Dividend paid 100.00% on $0.23; Claim# 7I; Filed: $0.23; Reference: 6044071008934446 | 7990-000 | | 0.23 | 6,742.55 |
| 04/30/10 | 10118 | GE Money Bank dba JCPENNEY CREDIT SERVICES | Dividend paid 100.00% on $0.31; Claim# 8I; Filed: $0.31; Reference: | 7990-000 | | 0.31 | 6,742.24 |

Subtotals :   $13,218.25   $6,476.01

{} Asset reference(s)  
Printed: 07/19/2010 03:36 PM    V.12.50

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 09-72973  
**Case Name:** LOPEZ, BONNIE J  
LOPEZ, FRANCISCO M  
**Taxpayer ID #:** **-***5961  
**Period Ending:** 07/19/10

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******13-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/10 | 10119 | Capital Recovery III LLC As Assignee of HSBC CARD | Dividend paid 100.00% on $1.73; Claim# 9I; Filed: $1.73; Reference: 5408-0100-3183-7434 | 7990-000 | | 1.73 | 6,740.51 |
| 04/30/10 | 10120 | LOPEZ, BONNIE J | Dividend paid 100.00% on $6,740.51; Claim# SURPLUS; Filed: $6,740.51; Reference: | 8200-000 | | 6,740.51 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,218.25 | 13,218.25 | $0.00 |
| | | | Less: Bank Transfers | | 13,218.25 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 13,218.25 | |
| | | | Less: Payments to Debtors | | | 6,740.51 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6,477.74** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****13-65** | 13,217.68 | 0.00 | 0.00 |
| **Checking # ***-*****13-66** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******13-65** | 0.57 | 0.00 | 0.00 |
| **Checking # 9200-******13-66** | 0.00 | 6,477.74 | 0.00 |
| | **$13,218.25** | **$6,477.74** | **$0.00** |

{} Asset reference(s)

Printed: 07/19/2010 03:36 PM    V.12.50